**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.V., <br><br>                Plaintiff, <br><br>       v. <br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br>               Defendant. | Case No. 2:23-cv-01135-SHK <br><br> JUDGMENT |

It is the judgment of this Court that the Social Security Commissioner's decision is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Opinion and Order.

DATED: 11/17 /2023

_____
HON. SHASHI H. KEWALRAMANI
United States Magistrate Judge